David Yudelson (Admitted *Pro Hac Vice*)
Allen Sattler (Admitted *Pro Hac Vice*)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Tel.: 310.909.7775
Fax: 424.465.6630
dyudelson@constangy.com
asattler@constangy.com

Brian J. Schulman
**WEISS BROWN**
6263 North Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Tel.: 480.327.6684
brian.schulman@weissbrown.com

*Attorneys for Defendant NextCare Holdings, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melanie Begay, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NextCare Holdings, Inc.,<br><br>Defendant. | **Case No: 2:24-cv-01685-DJH**<br><br>**DEFENDANT NEXTCARE'S ANSWER TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |

For its Answer to the Amended Class Action Complaint ("Complaint") [Dkt. 21] filed by Plaintiff Melanie Begay ("Plaintiff"), Defendant NextCare Holdings Inc. ("NHI" or "NextCare"), admits, denies, and alleges as follows:

**<u>NATURE OF THE ACTION</u>**

1. In response to paragraph 1 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

2. In response to paragraph 2 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

3. In response to paragraph 3 of the Complaint, NHI denies the allegations.

4. In response to paragraph 4 of the Complaint, NHI denies the allegations.

5. In response to paragraph 5 of the Complaint, NHI denies the allegations.

6. In response to paragraph 6 of the Complaint, NHI denies the allegations.

7. In response to paragraph 7 of the Complaint, NHI denies the allegations.

8. In response to paragraph 8 of the Complaint, NHI denies the allegations.

9. In response to paragraph 9 of the Complaint, NHI denies the allegations.

10. In response to paragraph 10 of the Complaint, NHI denies the allegations.

11. In response to paragraph 11 of the Complaint, NHI denies the allegations.

12. In response to paragraph 12 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

13. In response to paragraph 13 of the Complaint, NHI admits that there is a "Privacy Rule," and denies any remaining allegations.

14. In response to paragraph 14 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

15. In response to paragraph 15 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

16. In response to paragraph 16 of the Complaint, NHI admits Plaintiff brings this action for legal and equitable remedies and denies the remaining allegations.

17. In response to paragraph 17 of the Complaint, NHI denies the allegations.

18. In response to paragraph 18 of the Complaint, NHI denies the allegations.

19. In response to paragraph 19 of the Complaint, NHI denies the allegations.

## PARTIES

20. In response to paragraph 20 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

21. In response to paragraph 21 of the Complaint, NHI denies the allegations.

22. In response to paragraph 22 of the Complaint, NHI denies the allegations.

23. In response to paragraph 23 of the Complaint, NHI denies the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

**JURISDICTION AND VENUE**

24. In response to paragraph 24 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

25. In response to paragraph 25 of the Complaint, NHI admits the allegations.

26. In response to paragraph 26 of the Complaint, NHI denies the allegations.

27. In response to paragraph 27 of the Complaint, NHI denies the allegations.

**COMMON FACTUAL ALLEGATIONS**

28. In response to paragraph 28 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

29. In response to paragraph 29 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

30. In response to paragraph 30 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

31. In response to paragraph 31 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

32. In response to paragraph 32 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

33. In response to paragraph 33 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

34. In response to paragraph 34 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

35. In response to paragraph 35 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

36. In response to paragraph 36 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

37. In response to paragraph 37 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

38. In response to paragraph 38 of the Complaint, NHI admits the allegations.

39. In response to paragraph 39 of the Complaint, NHI denies the allegations.

40. In response to paragraph 40 of the Complaint, NHI denies the allegations.

41. In response to paragraph 41 of the Complaint, NHI denies the allegations.

42. In response to paragraph 42 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

43. In response to paragraph 43 of the Complaint, NHI denies the allegations.

44. In response to paragraph 44 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

45. In response to paragraph 45 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

46. In response to paragraph 46 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

47. In response to paragraph 47 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

48. In response to paragraph 48 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

49. In response to paragraph 49 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

50. In response to paragraph 50 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

51. In response to paragraph 51 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

52. In response to paragraph 52 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

53. In response to paragraph 53 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

54. In response to paragraph 54 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

55. In response to paragraph 55 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

56. In response to paragraph 56 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

57. In response to paragraph 57 of the Complaint, NHI denies the allegations.

58. In response to paragraph 58 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

59. In response to paragraph 59 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

60. In response to paragraph 60 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

61. In response to paragraph 61 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

62. In response to paragraph 62 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

63. In response to paragraph 63 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

64. In response to paragraph 64 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

65. In response to paragraph 65 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

66. In response to paragraph 66 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

67. In response to paragraph 67 of the Complaint, NHI denies the allegations.

68. In response to paragraph 68 of the Complaint, NHI denies the allegations.

69. In response to paragraph 69 of the Complaint, NHI denies the allegations.

70. In response to paragraph 70 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

71. In response to paragraph 71 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

72. In response to paragraph 72 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

73. In response to paragraph 73 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

74. In response to paragraph 74 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

75. In response to paragraph 75 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

76. In response to paragraph 76 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

77. In response to paragraph 77 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

78. In response to paragraph 78 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

79. In response to paragraph 79 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

80. In response to paragraph 80 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

81. In response to paragraph 81 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

82. In response to paragraph 82 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

83. In response to paragraph 83 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

84. In response to paragraph 84 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

85. In response to paragraph 85 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

86. In response to paragraph 86 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

87. In response to paragraph 87 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

88. In response to paragraph 88 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

89. In response to paragraph 89 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

90. In response to paragraph 90 of the Complaint, NHI denies that it transmits Private Information to third parties and lacks the knowledge or information sufficient to form a belief about the truth of the remaining allegations.

91. In response to paragraph 91 of the Complaint, NHI denies the allegations.

92. In response to paragraph 92 of the Complaint, NHI admits the allegations contain quotes from the Website and denies the remaining allegations.

93. In response to paragraph 93 of the Complaint, NHI admits the allegations.

94. In response to paragraph 94 of the Complaint, NHI admits the allegations.

95. In response to paragraph 95 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

96. In response to paragraph 96 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

97. In response to paragraph 97 of the Complaint, NHI denies the allegations.

98. In response to paragraph 98 of the Complaint, NHI denies the allegations.

99. In response to paragraph 99 of the Complaint, NHI admits there is a Privacy Rule that speaks for itself and denies the remaining allegations.

100. In response to paragraph 100 of the Complaint, NHI admits the statute speaks for itself and denies any remaining allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

101. In response to paragraph 101 of the Complaint, NHI admits the statute speaks for itself and denies any remaining allegations.

102. In response to paragraph 102 of the Complaint, NHI admits the statute speaks for itself and denies any remaining allegations.

103. In response to paragraph 103 of the Complaint, NHI admits the statute speaks for itself and denies any remaining allegations.

104. In response to paragraph 104 of the Complaint, NHI admits the statute speaks for itself and denies any remaining allegations.

105. In response to paragraph 105 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

106. In response to paragraph 106 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

107. In response to paragraph 107 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

108. In response to paragraph 108 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

109. In response to paragraph 109 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

110. In response to paragraph 110 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

111. In response to paragraph 111 of the Complaint, NHI denies the allegations.

112. In response to paragraph 112 of the Complaint, NHI admits confidentiality applies among patient and provider and denies any remaining allegations.

113. In response to paragraph 113 of the Complaint, NHI admits the allegations.

114. In response to paragraph 114 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

115. In response to paragraph 115 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

116. In response to paragraph 116 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

117. In response to paragraph 117 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

118. In response to paragraph 118 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

119. In response to paragraph 119 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

120. In response to paragraph 120 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

121. In response to paragraph 121 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

122. In response to paragraph 122 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

123. In response to paragraph 123 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

124. In response to paragraph 124 of the Complaint, NHI denies the allegations.

125. In response to paragraph 125 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

126. In response to paragraph 126 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

127. In response to paragraph 127 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

128. In response to paragraph 128 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

129. In response to paragraph 129 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

130. In response to paragraph 130 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

131. In response to paragraph 131 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

132. In response to paragraph 132 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

133. In response to paragraph 133 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

134. In response to paragraph 134 of the Complaint, NHI denies the allegations.

135. In response to paragraph 135 of the Complaint, NHI denies the allegations.

136. In response to paragraph 136 of the Complaint, NHI denies the allegations.

137. In response to paragraph 137 of the Complaint, NHI denies the allegations.

138. In response to paragraph 138 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

139. In response to paragraph 139 of the Complaint, NHI denies the allegations.

140. In response to paragraph 140 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

141. In response to paragraph 141 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

142. In response to paragraph 142 of the Complaint, NHI denies the allegations.

143. In response to paragraph 143 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

144. In response to paragraph 144 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

145. In response to paragraph 145 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

146. In response to paragraph 146 of the Complaint, NHI denies the allegations.

CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

147. In response to paragraph 147 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

148. In response to paragraph 148 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

149. In response to paragraph 149 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

150. In response to paragraph 150 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

151. In response to paragraph 151 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

152. In response to paragraph 152 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

153. In response to paragraph 153 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

154. In response to paragraph 154 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

155. In response to paragraph 155 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

156. In response to paragraph 156 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

157. In response to paragraph 157 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

158. In response to paragraph 158 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

159. In response to paragraph 159 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

160. In response to paragraph 160 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

161. In response to paragraph 161 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

162. In response to paragraph 162 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

163. In response to paragraph 163 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

164. In response to paragraph 164 of the Complaint, NHI denies the allegations.

165. In response to paragraph 165 of the Complaint, NHI denies the allegations.

**PLAINTIFF BEGAY'S EXPERIENCE WITH NEXTCARE**

166. In response to paragraph 166 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

167. In response to paragraph 167 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

168. In response to paragraph 168 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

169. In response to paragraph 169 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

170. In response to paragraph 170 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

171. In response to paragraph 171 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

172. In response to paragraph 172 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

173. In response to paragraph 173 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

174. In response to paragraph 174 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

175. In response to paragraph 175 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

176. In response to paragraph 176 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

177. In response to paragraph 177 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

178. In response to paragraph 178 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

179. In response to paragraph 179 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

180. In response to paragraph 180 of the Complaint, NHI denies the allegations.

181. In response to paragraph 181 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

182. In response to paragraph 182 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

183. In response to paragraph 183 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

## TOLLING

184. In response to paragraph 184 of the Complaint, NHI denies the allegations.

## CLASS ACTION ALLEGATIONS

185. In response to paragraph 185 of the Complaint, NHI admits Plaintiff seeks to bring a class action and denies the remaining allegations.

186. In response to paragraph 186 of the Complaint, NHI admits Plaintiff seeks to bring a class action and denies the remaining allegations.

187. In response to paragraph 187 of the Complaint, NHI admits Plaintiff seeks to bring a class action and denies the remaining allegations.

188. In response to paragraph 188 of the Complaint, NHI admits Plaintiff seeks to bring a class action and denies the remaining allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

189. In response to paragraph 189 of the Complaint, NHI admits Plaintiff seeks to bring a class action and denies the remaining allegations.

190. In response to paragraph 190 of the Complaint, NHI lacks the knowledge or information sufficient to form a belief about the truth of the allegations.

191. Paragraph 191 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 191 of the Complaint, NHI denies the allegations.

192. Paragraph 192 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 192 of the Complaint, NHI denies the allegations.

193. Paragraph 193 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 193 of the Complaint, NHI denies the allegations.

194. Paragraph 194 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 194 of the Complaint, NHI denies the allegations.

195. Paragraph 195 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 195 of the Complaint, NHI denies the allegations.

196. Paragraph 196 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 196 of the Complaint, NHI denies the allegations.

197. Paragraph 197 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 197 of the Complaint, NHI denies the allegations.

198. Paragraph 198 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 198 of the Complaint, NHI denies the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

199. Paragraph 199 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 199 of the Complaint, NHI denies the allegations.

200. Paragraph 200 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 200 of the Complaint, NHI denies the allegations.

201. Paragraph 201 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 202 of the Complaint, NHI denies the allegations.

202. Paragraph 202 states legal conclusions to which no response is required. To the extent any facts are alleged in paragraph 202 of the Complaint, NHI denies the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

**CAUSES OF ACTION**

**COUNT I**

**VIOLATIONS OF ELECTRONIC COMMUNICATIONS ACT**

**18 U.S.C. § 2511(1) *et seq*.**

**UNAUTHORIZED INTERCEPTION, USE AND DISCLOSURE**

**(On Behalf of Plaintiff & the Nationwide Class)**

203. In response to paragraph 203 of the Complaint, NHI incorporates by reference its responses to the prior paragraphs.

204. In response to paragraph 204 of the Complaint, NHI denies the allegations.

205. In response to paragraph 205 of the Complaint, NHI denies the allegations.

206. In response to paragraph 206 of the Complaint, NHI denies the allegations.

207. In response to paragraph 207 of the Complaint, NHI denies the allegations.

208. In response to paragraph 208 of the Complaint, NHI denies the allegations.

209. In response to paragraph 209 of the Complaint, NHI denies the allegations.

210. In response to paragraph 210 of the Complaint, NHI denies the allegations.

211. In response to paragraph 211 of the Complaint, NHI denies the allegations.

212. In response to paragraph 212 of the Complaint, NHI denies the allegations.

213. In response to paragraph 213 of the Complaint, NHI denies the allegations.

214. In response to paragraph 214 of the Complaint, NHI denies the allegations.

215. In response to paragraph 215 of the Complaint, NHI denies the allegations.

216. In response to paragraph 216 of the Complaint, NHI denies the allegations.

217. In response to paragraph 217 of the Complaint, NHI denies the allegations.

218. In response to paragraph 218 of the Complaint, NHI denies the allegations.

219. In response to paragraph 219 of the Complaint, NHI denies the allegations.

220. In response to paragraph 220 of the Complaint, NHI denies the allegations.

221. In response to paragraph 221 of the Complaint, NHI denies the allegations.

222. In response to paragraph 222 of the Complaint, NHI denies the allegations.

223. In response to paragraph 223 of the Complaint, NHI denies the allegations.

224. In response to paragraph 224 of the Complaint, NHI denies the allegations.

225. In response to paragraph 225 of the Complaint, NHI denies the allegations.

226. In response to paragraph 226 of the Complaint, NHI denies the allegations.

227. In response to paragraph 227 of the Complaint, NHI denies the allegations.

228. In response to paragraph 228 of the Complaint, NHI denies the allegations.

229. In response to paragraph 229 of the Complaint, NHI denies the allegations.

230. In response to paragraph 230 of the Complaint, NHI denies the allegations.

231. In response to paragraph 231 of the Complaint, NHI denies the allegations.

232. In response to paragraph 232 of the Complaint, NHI denies the allegations.

233. In response to paragraph 233 of the Complaint, NHI denies the allegations.

234. In response to paragraph 234 of the Complaint, NHI denies the allegations.

235. In response to paragraph 235 of the Complaint, NHI denies the allegations.

236. In response to paragraph 236 of the Complaint, NHI denies the allegations.

237. In response to paragraph 237 of the Complaint, NHI denies the allegations.

238. In response to paragraph 238 of the Complaint, NHI denies the allegations.

239. In response to paragraph 239 of the Complaint, NHI denies the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

240. In response to paragraph 240 of the Complaint, NHI denies the allegations.

**COUNT II**

**VIOLATION OF THE ARIZONA CONSUMER FRAUD ACT**

**A.R.S § 44-1521, et seq.**

**(On behalf of Plaintiff Begay & the Arizona Class)**

241. In response to paragraph 241 of the Complaint, NHI incorporates by reference its responses to the prior paragraphs.

242. In response to paragraph 242 of the Complaint, NHI denies the allegations.

243. In response to paragraph 243 of the Complaint, NHI denies the allegations.

244. In response to paragraph 244 of the Complaint, NHI denies the allegations.

245. In response to paragraph 245 of the Complaint, NHI denies the allegations.

246. In response to paragraph 246 of the Complaint, NHI denies the allegations.

247. In response to paragraph 247 of the Complaint, NHI denies the allegations.

248. In response to paragraph 248 of the Complaint, NHI denies the allegations.

249. In response to paragraph 249 of the Complaint, NHI denies the allegations.

250. In response to paragraph 250 of the Complaint, NHI denies the allegations.

**COUNT III**

**INVASION OF PRIVACY**

**(Intrusion upon Seclusion)**

**(On Behalf of Plaintiff and the Class)**

251. In response to paragraph 251 of the Complaint, NHI incorporates by reference its responses to the prior paragraphs.

252. In response to paragraph 252 of the Complaint, NHI denies the allegations.

253. In response to paragraph 253 of the Complaint, NHI denies the allegations.

254. In response to paragraph 254 of the Complaint, NHI denies the allegations.

255. In response to paragraph 255 of the Complaint, NHI denies the allegations.

256. In response to paragraph 256 of the Complaint, NHI denies the allegations.

257. In response to paragraph 257 of the Complaint, NHI denies the allegations.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

258. In response to paragraph 258 of the Complaint, NHI denies the allegations.

259. In response to paragraph 259 of the Complaint, NHI denies the allegations.

260. In response to paragraph 260 of the Complaint, NHI denies the allegations.

261. In response to paragraph 261 of the Complaint, NHI denies the allegations.

262. In response to paragraph 262 of the Complaint, NHI denies the allegations.

263. In response to paragraph 263 of the Complaint, NHI denies the allegations.

264. In response to paragraph 264 of the Complaint, NHI denies the allegations.

265. In response to paragraph 265 of the Complaint, NHI denies the allegations.

266. In response to paragraph 266 of the Complaint, NHI denies the allegations.

## COUNT IV

## UNJUST ENRICHMENT

## (On behalf of Plaintiff & the Nationwide Class)

267. In response to paragraph 267 of the Complaint, NHI incorporates by reference its responses to the prior paragraphs.

268. In response to paragraph 268 of the Complaint, NHI denies the allegations.

269. In response to paragraph 269 of the Complaint, NHI denies the allegations.

270. In response to paragraph 270 of the Complaint, NHI denies the allegations.

271. In response to paragraph 271 of the Complaint, NHI denies the allegations.

272. In response to paragraph 272 of the Complaint, NHI denies the allegations.

273. In response to paragraph 273 of the Complaint, NHI denies the allegations.

274. In response to paragraph 274 of the Complaint, NHI denies the allegations.

275. In response to paragraph 275 of the Complaint, NHI denies the allegations.

276. In response to paragraph 276 of the Complaint, NHI denies the allegations.

277. In response to paragraph 277 of the Complaint, NHI denies the allegations.

278. In response to paragraph 278 of the Complaint, NHI denies the allegations.

## GENERAL DENIAL

NHI denies all allegations in the Complaint not expressly admitted and denies Plaintiff's Prayer for Relief.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

**AFFIRMATIVE DEFENSES**

In further response to the Amended Complaint, NHI asserts the following affirmative defenses, without conceding that they bear the burden of persuasion as to any of them:

1. Standing.
2. Failure to state a claim upon which relief may be granted.
3. Failure to satisfy Fed. R. Civ. P. 23/Underlying Law.
4. Intervening cause.
5. Supervening cause.
6. Statute of limitations.
7. Adequate remedy at law.
8. Waiver.
9. Res judicata.
10. Estoppel.
11. Unclean hands.
12. Laches.
13. Failure to mitigate damages.
14. Failure to join necessary party.
15. Unconstitutional damages.
16. To avoid waiver, NHI incorporates by this reference, as though fully set forth in this paragraph, each and every affirmative defense stated in the Fed. R. Civ. P. 8(c), as applicable to this action, and reserve their right to amend this Answer and raise other affirmative defenses revealed over the course of investigation and/or discovery.

WHEREFORE, having fully responded to the Complaint, NHI request that the Complaint be dismissed with prejudice, that Plaintiff take nothing, that NHI be awarded its attorney's fees and costs incurred pursuant to applicable law, including A.R.S. §§ 12-341, 12-341.01, 44-404(1) and/or 12-349, and that the Court award NHI such other relief as is just.

RESPECTFULLY SUBMITTED this 23rd day of October, 2024.

WEISS BROWN

By: */s/ Brian J. Schulman*
Brian J. Schulman
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250

AND

David Yudelson (Admitted *Pro Hac Vice*)
Allen Sattler (Admitted *Pro Hac Vice*)
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, California 90067

*Attorneys for NextCare Holdings Inc.*

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 CENTURY PARK EAST, SUITE 1100
LOS ANGELES, CA 90067
310.909.7775

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Hart L. Robinovitch
Ryan J. Ellersick
ZIMMERMAN REED LLP
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Tel.: 480.348.6400
Fax: 480.348.6415
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

Matthew J. Langley (Admitted *Pro Hac Vice*)
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
Tel.: 312.576.3024
matt@almeidalawgroup.com

*Attorneys for Plaintiff Melanie Begay and the Proposed Class*

*/s/ Cristina McDonald*