Hart L. Robinovitch (AZ #020910)
Ryan J. Ellersick (AZ #038805)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Fax: (480) 348-6415
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

Matthew J. Langley (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: (773) 554-9354
matt@almeidalawgroup.com

*Attorneys for Plaintiff & the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| MELANIE BEGAY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>NEXTCARE HOLDINGS LLC, D/B/A NEXTCARE,<br><br>Defendant. | Case No.: 2:24-cv-01685-DJH<br><br>*Assigned to the Honorable Sharad H. Desai*<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Melanie Begay ("Plaintiff"), for herself and on behalf of Defendant NextCare Holdings LLC, d/b/a NextCare (individually, "Defendant" and together with Plaintiff, collectively, the "Parties") with Plaintiff's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative individual (*i.e.,* non-class) extra-judicial resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of

NOTICE OF SETTLEMENT

voluntary dismissal as to all claims and parties will be filed in the next sixty (60) days. In the meantime, the Parties jointly and respectfully request that the Court vacate any and all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss the case at this time, so the Parties can finalize their resolution and prepare the necessary dismissal paperwork.

Date: March 16, 2026

Respectfully Submitted,
By: */s/ Matthew J. Langley*
Matthew J. Langley (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: (773) 554-9354
matt@almeidalawgroup.com

Hart L. Robinovitch (AZ #020910)
Ryan J. Ellersick (AZ #038805)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
Fax: (480) 348-6415
hart.robinovitch@zimmreed.com
ryan.ellersick@zimmreed.com

*Attorneys for Plaintiff & the Proposed Class*

By: */s/ Rob Yang* (*pro hac vice* pending)
David Yudelson*
Allen Sattler*
**Constangy, Brooks, Smith & Prophete, LLP**
2029 Century Park East, Suite 1100
Tel: 310.909.7775

Fax: 424.465.6630
dyudelson@constangy.com
asattler@constangy.com
ryang@constangy.com

Brian J. Schulmann
**WEISS BROWN**
6263 North Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Tel: 480.327.667
brian.schulman@weissbrown.com

*Attorneys for Defendant NextCare
Holdings LLC, d/b/a NextCare*

*\*Admitted pro hac vice*

**<u>CERTIFICATE OF SERVICE</u>**

I, Matthew J. Langley, an attorney, hereby certify that on March 16, 2026, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew J. Langley*
Matthew J. Langley
